**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Troy Anthony EDWARDS,**
**Defendant–Appellant.**

**No. 99–30143.**

United States Court of Appeals,
Ninth Circuit.

Filed Dec. 27, 2000

Before: PREGERSON and NELSON, Circuit Judges, and KARLTON, District Judge.[1]

## ORDER

The opinion filed on September 7, 2000, and reported at 224 F.3d 1141 (9th Cir. 2000), is hereby withdrawn.